<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7136**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SHARON P. MICKLE,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-91-44)

───────────

Submitted:  September 29, 2000          Decided:  October 19, 2000

───────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Sharon P. Mickle, Appellant Pro Se.  Laura Ann Colombell, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sharon P. Mickle appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (1994) motion for resentencing.* We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Mickle, No. CR-91-44 (E.D. Va. July 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

\* Mickle raised issues before this court that were not raised below. We generally do not consider issues raised for the first time on appeal. See Hormel v. Helvering, 312 U.S. 552, 556 (1941); Grossman v. Comm'r, 182 F.3d 275, 280-81 (4th Cir. 1999); Skipper v. French, 130 F.3d 603, 610 (4th Cir. 1997). Moreover, the additional issues raised by Mickle are not properly addressed in a 18 U.S.C. § 3582 motion.